Brian S. King, #4610
Nediha Hadzikadunic
**BRIAN S. KING PC**
336 South 300 East, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
nediha@briansking.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>  vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, the LAYTON CONSTRUCTION COMPANY, INC. SHORT TERM DISABILITY PLAN, and the LAYTON CONSTRUCTION COMPANY, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | NOTICE OF DISMISSAL WITHOUT PREJUDICE<br><br>Civil No. 2:18-cv-00747 EJF |

    Plaintiff, through his undersigned counsel, and pursuant to F.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice of dismissal of this matter, without prejudice.

Dated this 26th day of December, 2018.

                                /s/ Brian S. King
                                Attorney for Plaintiff